■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN WOSKA, Appellant. [738 NYS2d 596] —Appeal by the defendant from a judgment of the County Court, Rockland County (Meehan, J.), rendered June 1, 2000, convicting him of sexual abuse in the first degree, after a nonjury trial, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The sentence imposed was not excessive (*see, People v Suitte,* 90 AD2d 80).

The defendant's remaining contentions are either unpreserved for appellate review (*see,* CPL 470.05 [2]), or without merit. S. Miller, J.P., Schmidt, Crane and Cozier, JJ., concur.